USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, & APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL & INDUSTRY FUND, *et al.*,

Petitioners,

-against-

ISLAND BUILDERS GROUP INC.,

Respondent.

---------------------------------------------------------------X

1:26-cv-10222-GHW

ORDER

GREGORY H. WOODS, District Judge:

On November 20, 2026, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a memorandum of law, a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than December 4, 2026. Respondent's opposition is due by January 18, 2027. Petitioners' reply, if any, is due by February 1, 2027.

Petitioners are directed to serve the petition and supporting materials upon respondent by December 7, 2026 and to file an affidavit of such service with the Court by December 16, 2026.

SO ORDERED.

Dated: November 23, 2026
New York, New York

GREGORY H. WOODS
United States District Judge